496

503 A.2d 931

**E–Z PARKS, INC., Appellant at No. 128,**

v.

**Thomas D. LARSON, Secretary of Transportation, Commonwealth of Pennsylvania, Department of Transportation.**

**Appeal of PHILADELPHIA PARKING AUTHORITY.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1986.

Decided Jan. 31, 1986.

Joseph M. Donley, Steven M. Coren, Christine Councill Fritton, Philadelphia, for E–Z Parks, Inc.

S. David Fineman, Philadelphia for Philadelphia Parking Authority.

William J. Cressler, Asst. Counsel, Harrisburg, for Thomas D. Larson and Com.

## ORDER

PER CURIAM:

Order affirmed.